■ LLORD BYRON BROOKS, III, et al., Appellants-Respondents, v AXA ADVISORS, LLC, et al., Respondents-Appellants. (Appeal No. 1.) [960 NYS2d 672]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), dated September 1, 2011. The order granted in part the motion of defendants to dismiss the complaint.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Brooks v AXA Advisors, LLC* (104 AD3d 1178 [2013]). Present—Smith, J.P., Peradotto, Lindley, Whalen and Martoche, JJ.